JS - 6/ENTER



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ASHLEY LOWE,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>MARY LATTIMORE, WARDEN,<br><br>　　　　Respondent. | Case No.   CV 10-2795-JVS (MLG)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: June 29, 2010

　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　United States District Judge