"O"

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LOWE,<br><br>   Petitioner,<br><br>vs.<br><br>MARY LATTIMORE (Warden),<br><br>   Respondent. | Case No. CV 10-02795-JVS (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: 1-12-16

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE