

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LOWE,<br><br>      Petitioner,<br>vs.<br><br>MARY LATTIMORE (Warden),<br><br>      Respondent. | Case No. CV 10-02795-JVS (KES)<br><br>**J U D G M E N T** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   1-12-16

                                            JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE